IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANNY AND DANA DUVALL**     **PLAINTIFFS**

v.     **CASE NO: 4:22-cv-1283-JM**

**JAGUAR LAND ROVER NORTH AMERICA, LLC**     **DEFENDANT**

ORDER

Plaintiffs' unopposed motion for voluntary dismissal (ECF No. 9) is GRANTED.

Dated this 24th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE