IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANNY AND DANA DUVALL**                                    **PLAINTIFFS**

v.                  **CASE NO: 4:22-cv-1283-JM**

**JAGUAR LAND ROVER NORTH AMERICA, LLC**                 **DEFENDANT**

<u>JUDGMENT</u>

For the reasons stated in the order entered this same day, Plaintiffs' complaint is DISMISSED without prejudice.

Dated this 24th day of May, 2023.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE